**PAULETTE L. STEWART**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: paulette.stewart@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **JAY WILLIAM ISLES, Sr.,** <br><br> Defendant. | CR 15-32-M-DWM-05 <br><br> **OFFER OF PROOF** |

## THE CHARGE

The Defendant, Jay William Isles, Sr., is charged in the Superseding Information with possession of a firearm in a federal facility in violation of 18 U.S.C. §§ 930(a) and 2.

1

## PLEA AGREEMENT

There is a plea agreement filed in this case. The United States did present any and all formal plea offers to the defendant in writing. *See Missouri v. Frye*, 132 S. Ct. 1399 (2012).

## PENALTIES

The Defendant is subject to a maximum penalty of one year imprisonment, $100,000 fine, one year supervised release, and a $25 special assessment.

## ELEMENTS

In order for the defendant to be found guilty of the charge in the Superseding Information, the United States must prove each of the following elements beyond a reasonable doubt:

- First, possession of a firearm in a federal facility was committed by someone;
- Second, the defendant aided that person with respect to at least one element of possession of a firearm in a federal facility;
- Third, the defendant acted with the intent to facilitate possession of a firearm in a federal facility; and
- Fourth, the defendant acted before the crime was completed.

The elements for possession of a firearm in a federal facility are:

First, someone caused or caused to be present a firearm;

Second, in a federal facility (other than a Federal courthouse); and

Third, someone did so knowingly.

## ANTICIPATED EVIDENCE

If this case was tried in United States District Court, the United States would present the following evidence:

1. Jay William Isles, Sr. is Eric Daniel Doyle's uncle. Both lived in the Kalispell area during the year 2014.

2. Doyle came up with a plan to make money by using the internet to sell firearms to people who lived in other countries. Doyle used the United States Postal Service to ship the firearms out of the United States.

3. Doyle used other people to mail those packages from various United States Post Offices in Northwestern Montana. Those post offices were located at Lakeside, Missoula, and Browning, Montana. Most of the shipments were made in June and July of 2014.

4. The shipments included the four packages that Isles shipped for Doyle on July 29, 2014.

5. These four packages taken to the Browning US Post Office were later recovered by law enforcement and found to contain one firearm in each package.

Respectfully submitted this 29th day of January, 2016.

>MICHAEL W. COTTER
>United States Attorney
>
>*/s/ Paulette L. Stewart*
>Attorney for Plaintiff